No. 553. SHERMAN & ELLIS, INC., *v.* INDIANA MUTUAL CASUALTY Co. December 15, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John R. Cochran* for petitioner. *Messrs. Charles O. Roemler, William H. Thompson,* and *Albert L. Rabb* for respondent.

No. 554. ST. LOUIS-SAN FRANCISCO RY. Co. *v.* CASE, ADMINISTRATRIX. December 15, 1930. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Edward T. Miller, Lisbon E. Durham,* and *Henry S. Conrad* for petitioner. *Mr. Mont T. Prewitt* for respondent.

No. 539. EX PARTE HAWKINS. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Messrs. Lee Bond* and *Morton S. Hawkins* for petitioner.

No. 583. DRAZICH *v.* ARCHER, WARDEN. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed *in forma pauperis,* denied. Act of June 27, 1922 (c. 246, 42 Stat. 666; U. S. C. Title 28, § 832). *Mr. Joe Drazich, pro se.* No appearance for respondent.

No. 588. BROWNE ET AL. *v.* POOL ET AL. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Mr. George H. Browne* for petitioners. No appearance for respondents.